IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MARINO CORTEZ GREEN, | |
| Plaintiff, | |
| vs. | No. 03-2043-D/P |
| REGIONAL MEDICAL CENTER, | |
| Defendant. | |

ORDER DENYING IRREGULAR MOTION FOR DISCOVERY

On September 22, 2004, plaintiff, Marino Green filed an irregular motion for discovery. (Docket entry 25) Plaintiff's motion is not accompanied by a certificate of consultation, as required by Local Rule 7.2(a)(1)(B). That rule further provides that "[f]ailure to file an accompanying certificate of consultation may be deemed good grounds for denying the motion." Accordingly, the motion is DENIED.

IT IS SO ORDERED this 22 day of August, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:03-CV-02043 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Marino Cortez Green
600 Poplar Ave
Memphis, TN 38105

James F. Kyle
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT