IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| MARINO CORTEZ GREEN, | |
| Plaintiff, | |
| vs. | No. 03-2043-D/P |
| REGIONAL MEDICAL CENTER, | |
| Defendant. | |

ORDER DIRECTING CLERK TO UPDATE DOCKET TO REFLECT
THAT THE MOTION TO AMEND COMPLAINT WAS GRANTED

On October 19, 2004, plaintiff, Marino Green filed a motion to amend his complaint. (Docket entry 26)  On October 29, 2004, the Court entered an order granting Green permission to amend his complaint. (Docket entry 29)  For some unknown reason, the docket reflects that the motion to amend remains pending.  The Clerk is hereby ORDERED to update the docket to reflect that the motion to amend was GRANTED and no motion to amend is pending in this case.

IT IS SO ORDERED this 22 day of August, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 2:03-CV-02043 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Marino Cortez Green
600 Poplar Ave
Memphis, TN 38105

James F. Kyle
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT