IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| MARINO CORTEZ GREEN, | X X X |  |
| Plaintiff, | X X |  |
| vs. | X X | No. 03-2043-D/P |
| REGIONAL MEDICAL CENTER, | X X |  |
| Defendant. | X X |  |

ORDER DIRECTING CLERK TO UPDATE DOCKET TO REFLECT
THAT ALL MOTIONS FOR APPOINTMENT OF COUNSEL ARE DENIED

On October 25, 2004, plaintiff, Marino Green filed a motion for appointment of counsel. (Docket entry 27)  On November 8, 2004, Green filed a second, duplicative motion for appointment of counsel. (Docket entry 30)  On November 22, 2004, the Court denied the appointment of counsel. (Docket entry 34)  For some unknown reason, the docket reflects that one of the motions for appointed counsel remains pending.  The Court's conclusion that counsel was not warranted and order denying counsel applied to plaintiff's first motion filed on October 25, 2004, as well as the duplicative motion which was filed on November 8, 2005.  The Clerk is hereby ORDERED to update the docket to reflect that all motions for appointment of counsel in this case are DENIED.

IT IS SO ORDERED this 22 day of August, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:03-CV-02043 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

Marino Cortez Green
600 Poplar Ave
Memphis, TN 38105

James F. Kyle
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Honorable Bernice Donald
US DISTRICT COURT