FILED BY _____ D.C.
425.16703/FBF:jmc
05 OCT 13 AM 7:08

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE,
# WESTERN DIVISION

MARINO CORTEZ GREEN,

    Plaintiff,

vs.                                          **Docket No. 03-2043-D Bre**

REGIONAL MEDICAL CENTER
(SECURITY) OR THE (MED),

    Defendant.

## ORDER ON DEFENDANT'S
## MOTION TO COMPEL DISCOVERY

This cause is before the Court upon consideration of the Motion of Defendant, Regional Medical Center, for an Order compelling the Plaintiff to answer Interrogatories submitted under Rule 33 of the Federal Rules of Civil Procedure, previously served upon the Plaintiff on August 15, 2005, which answers were due within thirty (30) days after said service; and it appearing to the Court that the Motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Plaintiff shall respond to the outstanding Interrogatories within thirty (30) days from the date of this Order.

_____
JUDGE

_____October 12, 2005_____
DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _10-14-05_



PREPARED BY:

_____
JAMES F. KYLE (#6314)
FREEMAN B. FOSTER (#23265)
Attorneys for Defendant
100 Peabody Place, Suite 1250
Memphis, Tennessee 38103
Telephone: 901.312.5555
Facsimile: 901.312.5667

## CERTIFICATE OF SERVICE

This certifies that a copy of the foregoing has been served upon the Plaintiff, Marino Cortez Green, 600 Poplar Avenue, Memphis, Tennessee 38105, by placing a copy of same in the U. S. Mail, postage prepaid this the ___30___ day of ___September___ 2005.

_____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:03-CV-02043 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

---

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Marino Cortez Green
600 Poplar Ave
Memphis, TN 38105

James F. Kyle
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT