IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE,
WESTERN DIVISION

MARINO CORTEZ GREEN,

    Plaintiff,

vs.                                              **Docket No. 03-2043-D Bre**

REGIONAL MEDICAL CENTER
(SECURITY) OR THE (MED),

    Defendant.

## ORDER ON DEFENDANT'S
## MOTION FOR INVOLUNTARY DISMISSAL

This cause is before the Court upon consideration of the Defendant's Motion for Involuntary Dismissal and it appearing to the Court that the Defendant's Motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED**, that the Defendant's Motion for Involuntary Dismissal is granted, and that this cause be dismissed without prejudice.

_____
JUDGE

11-28-2005
DATE



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 2:03-CV-02043 was distributed by fax, mail, or direct printing on November 29, 2005 to the parties listed.

---

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Marino Cortez Green
600 Poplar Ave
Memphis, TN 38105

James F. Kyle
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT