FILED BY ~~ D.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 NOV 30  PM 2: 53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

---

**MARINO CORTEZ GREEN**

v.

**REGIONAL MEDICAL CENTER
(SECURITY) OR THE (MED)**

**JUDGMENT IN A CIVIL CASE**

**CASE NO: 03-2043-D**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order On Defendant's Motion For Involuntary Dismissal entered on November 29, 2005, this cause is hereby dismissed without prejudice.

**APPROVED:**

**BERNICE B. DONALD
UNITED STATES DISTRICT COURT**

_11-30-2005_
**Date**

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _12/1/05_

**THOMAS M. GOULD**

**Clerk of Court**

**(By) Deputy Clerk**

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 2:03-CV-02043 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

James F. Kyle
McLEARY DOMICO & KYLE, PLLC
100 Peabody Place
Ste. 1250
Memphis, TN 38103

Marino Cortez Green
600 Poplar Ave
Memphis, TN 38105

Honorable Bernice Donald
US DISTRICT COURT